IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES EVANS, | ) | CASE NO. 8:08CV313 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| B. BRAUN, and K. LAMPERT, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On November 14, 2008, the court entered a Memorandum and Order permitting Plaintiff's claims against Defendants Braun and Lampert to proceed to service. (Filing No. 7.) Plaintiff had 120 days, or until March 16, 2009, to complete service of process. Plaintiff has never returned a completed summons form to the Clerk of the court for service on Defendants, and no Defendant has been served with summons. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. Plaintiff failed to serve summons on Defendants by March 16, 2009. Plaintiff shall have until April 20, 2009, to show cause why this case should not be dismissed. If Plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice; and

2. The Clerk of the court is directed to set a pro se case management deadline with the following text: April 20, 2009: deadline for Plaintiff to show cause why service of process was not completed.

DATED this 19th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge