IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV313 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| B. BRAUN, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff did not attend the pretrial conference scheduled to be held in this case on April 6, 2010, and he has not contacted the court to explain his absence.

Accordingly,

IT IS ORDERED that plaintiff is given until April 26, 2010 to show cause why his claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendants may be dismissed and a judgment of dismissal may be entered without further notice.

April 15, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge